Hines Hampton Pelanda
LLP
34 Executive Park,
Suite 260
Irvine, CA 92614
Tel: (714) 513-1122
Fax: (714) 242-9529

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF MONTERY PARK, a public entity, and INDEPENDENT CITIES RISK MANAGEMENT AUTHORITY, a California Joint Powers Authority, | **CASE NO.**: CV 19-366 PA (PLAx) |
| Plaintiffs, vs. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| NATIONWIDE MUTUAL INSURANCE COMPANY, and DOES 1 through 10 inclusive, | *[Joint Stipulation to Dismiss Action With Prejudice Filed Concurrently Herewith]* |
| Defendants. | |

1

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that, pursuant to the confidential settlement agreement reached in this action, the above-referenced action filed by Plaintiffs City of Monterey Park and Independent Cities Risk Management Authority against Defendant Nationwide Mutual Insurance Company, is hereby dismissed in its entirety with prejudice. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: June 17, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**

Hines Hampton Pelanda
LLP
34 Executive Park,
Suite 260
Irvine, CA 92614
Tel: (714) 513-1122
Fax: (714) 242-9529